Robert MURPHY, Jr., Plaintiff In Error,

v.

The STATE of Oklahoma, Defend-
ant in Error.

No. A–15022.

Court of Criminal Appeals of Oklahoma.

Oct. 1, 1969.

Don Anderson, Public Defender, Okla-
homa County, for plaintiff in error.

G. T. Blankenship, Atty. Gen., for de-
fendant in error.

MEMORANDUM OPINION

NIX, Judge:

Plaintiff in Error, Robert Murphy, Jr.,
was convicted in the District Court of Okla-
homa County, case number 34202, of the
crime of Robbery with Firearms, and sen-
tenced to 20 years in the penitentiary.
From that judgment and sentence he has
appealed to this Court.

We have reviewed the record, briefs filed
herein, and find no error worthy of re-
versal. We are of the opinion that the
defendant had a fair and impartial trial, that
the issues were properly submitted to the
jury, that the evidence amply supports the
verdict of the jury, and that the sentence
was not excessive under the facts.

Therefore, it is the opinion of this Court
that the judgment and sentence be affirmed.

BRETT, P. J., and BUSSEY, J., concur.